ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Alpha Alps Construction Inc. | ) ASBCA Nos. 63226, 63227 |
| | ) |
| Under Contract No. W91B4N-21-P-0002 | ) |

APPEARANCE FOR THE APPELLANT:     Dr. Kooshan Alam
                                                                  Chief Operating Officer


APPEARANCES FOR THE GOVERNMENT:     Dana J. Chase, Esq.
                                                                        Army Chief Trial Attorney
                                                                        MAJ Ronald C. Walton, JA
                                                                        MAJ Jason C. Coffey, JA
                                                                        Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  March 18, 2024

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63226, 63227, Appeals of Alpha Alps Construction Inc., rendered in conformance with the Board's Charter.

Dated:  March 19, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals